Form 210[OSC for Lack of Prosecution]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>　Robert William Seely, Sr. and AnnMarie Malani Seely<br>　　　　Debtor(s).<br><br>American Eco Solutions,<br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Robert William Seely Sr.,<br><br>　　　　Defendant(s). | Case No. 19−22320 RKM<br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 19−02073 |

## ORDER TO SHOW CAUSE WHY PROCEEDING SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

The Court hereby orders the parties to show cause why this proceeding should not be dismissed for lack of prosecution. Failure to file a written response by December 9, 2019 shall result in dismissal of this proceeding without further notice or hearing.

Dated and Entered on: November 18, 2019

　　　　　　　　　　　　　　　　　　　*R. Kimball Mosier*

　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

American Eco Solutions,
    Plaintiff
                                    Adv. Proc. No. 19-02073-RKM

Seely, Sr.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2       User: skr       Page 1 of 1       Date Rcvd: Nov 18, 2019
                          Form ID: f210    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
pla        +American Eco Solutions,   770 E Main St #249,   Lehi, UT 84043-2293
dft        +Robert William Seely, Sr.,   771 S 100 W,   Orem, UT 84058-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
              David L. Fisher   on behalf of Plaintiff   American Eco Solutions fisherlawllc@lawyer.com, fisherdr81428@notify.bestcase.com
                                                                                                            TOTAL: 1